# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WAKEFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD INDERMILL,<br><br>　　　　Defendant. | CASE NO. 1:09-cv-00274-LJO-SMS PC<br><br>ORDER AUTHORIZING SERVICE OF AMENDED COMPLAINT, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 14) |

　　　Plaintiff Darryl Wakefield, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 2000cc-1 (Religious Land Use and Institutionalized Persons Act of 2000) on February 12, 2009.  On April 6, 2009, the Court dismissed Plaintiff's complaint, with leave to amend, for failure to state a claim.  Plaintiff filed an amended complaint on August 11, 2009.

　　　The Court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A, and finds that it states a First Amendment free exercise claim and a RLUIPA claim against Defendant Indermill.  Fed. R. Civ. P. 8(a); <u>Ashcroft v. Iqbal</u>, 129 S.Ct. 1937, 1949 (2009); <u>Bell Atlantic Corp. v. Twombly</u>, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007).  Accordingly, it is HEREBY ORDERED that:

　　　1.　　　Service shall be initiated on the following defendant:

　　　　　　　**RICHARD INDERMILL**

　　　2.　　　The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the

1       amended complaint filed August 11, 2009.

2   3.   Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

      a.   One completed summons;

      b.   One completed USM-285 form; and

      c.   Two (2) copies of the endorsed amended complaint filed August 11, 2009.

4.   Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.   <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

**Dated:**   **February 18, 2010**       /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE