# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WAKEFIELD, | CASE NO. 1:09-cv-00274-LJO-SMS PC |
| Plaintiff, | ORDER DIRECTING DEFENDANT INDERMILL TO RE-SERVE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| RICHARD INDERMILL, | (ECF No. 50) |
| Defendant. | FIFTEEN DAY DEADLINE |

Plaintiff Darryl Wakefield ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 2000cc-1 (Religious Land Use and Institutionalized Persons Act of 2000). On June 22, 2011, Defendant filed a motion for summary judgment. On July 21, 2011, an order issued directing Plaintiff to file a response to Defendant's motion for summary judgment. On August 11, 2011, Plaintiff filed a notice stating that he has not received Defendant's motion for summary judgment.

Accordingly, it is HEREBY ORDERED that:

1. Within **fifteen (15) days** from the date of service of this order Defendant Indermill shall serve the motion for summary judgment upon Plaintiff;

2. Plaintiff shall file an opposition or a statement of non-opposition to Defendant's motion for summary judgment within **thirty (30) days** from the date of service of the motion for summary judgment; and

///

///

1

3. The failure to respond to Defendant's motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated: **August 12, 2011**     /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE